# UNITED STATES DISTRICT COURT

## District of Minnesota

Valentina De Los Angeles Tiapa Moreno

Petitioner,

v.

David Easterwood, Joel D. Garcia, Todd Lyons, U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, Pamela Bondi

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-00542-LMP-DJF

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT: that Valentina T. M.'s Verified Petition for Writ of Habeas Corpus (ECF No. 1) is DISMISSED WITHOUT PREJUDICE.

Date: 2/17/2026

KATE M. FOGARTY, CLERK